**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Cordell Wiseman, et al.

Plaintiffs,

Civil 00-1633 PAM/JGL

v.

**ORDER OF DISMISSAL**

Brooklyn Center, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February 15, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK