UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Cordell Wiseman and Diane Wiseman,

Plaintiffs,

vs.

City of Brooklyn Center, City of Brooklyn Park, Officer C. Donahue, Brooklyn Park Police Department, Officer R. Dahl, Brooklyn Park Police Department, Officer J. Blasingame, Brooklyn Park Police Department, Officer Filson, Brooklyn Center Police Department, Individually and collectively,

Defendants.

Court File No.: 00-1633 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys hereby advise the Court that all claims of Cordell Wiseman and Diane Wiseman in the above-entitled cause of action, including claims for attorney's fees and costs pursuant to 42 U.S.C. § 1988 or any other statute, have been fully compromised and settled (the claims of Cordell Wiseman and Diane Wiseman against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson have been previously dismissed with prejudice). Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

FILED MAR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR - 9 2001
DEPUTY CLERK

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

ERSTAD & RIEMER, P.A.

Dated: 2/23/01

By: ______________________
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Brooklyn Center Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

ATTORNEY AT LAW

Dated: 2/28/01

By: ______________________
Mark D. Luther, #65419
Sean J. Rice, #127656
Attorneys for Plaintiffs
Firstar Bank Building, Suite 408
8800 Highway Seven
Minneapolis, MN 55426
(952) 931-9398

GREENE ESPEL PLLP

Dated: Mar. 5, 01

By: ______________________
Kevin G. Ross, #27916X
Attorneys for Brooklyn Park Defendants
Suite 1700
333 South Seventh Street
Minneapolis, MN 55402
(612) 373-0830

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 9th day of March, 2001.

BY THE COURT:

Judge of District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ______________________________, one of the Judges of this Court, this ___ day of ________________, 2001.

BY THE COURT:

_______________________________

Clerk of District Court