UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Cordell Wiseman and Diane Wiseman,

Plaintiffs,

vs.

City of Brooklyn Center, City of Brooklyn Park,
Officer C. Donahue, Brooklyn Park Police Department,
Officer R. Dahl, Brooklyn Park Police Department,
Officer J. Blasingame, Brooklyn Park Police Department,
Officer Filson, Brooklyn Center Police Department,
Individually and collectively,

Defendants.

Court File No.: 00-1633 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all claims by the Plaintiffs Cordell Wiseman and Diane Wiseman against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson, either individually or as a law enforcement officers for the City of Brooklyn Center or the City of Brooklyn Park, in the above-entitled cause of action are hereby dismissed. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Cordell Wiseman and Diane Wiseman and their attorneys, Mark D. Luther and Sean J. Rice, respectively, and the attorneys for the City of Brooklyn Center and the City of Brooklyn Park defendants, that Plaintiffs Cordell Wiseman and Diane Wiseman's entire action against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson, either individually or as a law enforcement officers for the City of Brooklyn Center or the City of Brooklyn Park, is hereby dismissed with prejudice.

FILED MAR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Plaintiffs specifically acknowledge this dismissal is voluntarily entered into and further acknowledge they have received no money for entering into this dismissal from or on behalf of these officers.

FURTHER, it is stipulated that Plaintiffs dismiss all claims, of any kind, asserted and not asserted, in the captioned matter or otherwise against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson, either individually or as a law enforcement officers. These parties also agree that no costs or disbursements or attorney's fees pursuant to 42 U.S.C. § 1988 or Minn. Stat. § 549.21 will be sought, recovered, or paid by Plaintiffs or the dismissed Defendants.

The undersigned hereby pray for an Order of the District Court dismissing all claims against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson, either individually or as a law enforcement officers for the City of Brooklyn Center or the City of Brooklyn Park.

IT IS HEREBY STIPULATED AND AGREED:

We, Cordell Wiseman and Diane Wiseman, hereby acknowledge we have read the foregoing Stipulation, understand its terms and hereby agree to dismiss with prejudice any and all claims we have made against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson, either individually or as a law enforcement officers for the City of Brooklyn Center or the City of Brooklyn Park. We, Cordell Wiseman and Diane Wiseman, hereby acknowledge we have received no monies from or on behalf of Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson for entering into this Stipulation. We also understand by signing this Stipulation we are completely dismissing all alleged or not alleged claims against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson in the captioned matter.

By Cordell Wiseman
Cordell Wiseman

SUBSCRIBED AND SWORN TO before me on 2/28/01.

Notary Public

MARK D. LUTHER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

By Diana Wiseman
Diane Wiseman

SUBSCRIBED AND SWORN TO before me on 2/28/01.

Notary Public

MARK D. LUTHER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

ERSTAD & RIEMER, P.A.

Dated: 2/28/01

By:
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Brooklyn Center Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

ATTORNEY AT LAW

Dated: 2-28-01

By:
Mark D. Luther, #65419
Sean J. Rice, #127656
Attorneys for Plaintiffs
Firstar Bank Building, Suite 408
8800 Highway Seven
Minneapolis, MN 55426
(952) 931-9398

GREENE ESPEL PLLP

Dated: Mar 5, 01

By: Kevin G. Ross
Kevin G. Ross, #27916X
Attorneys for Brooklyn Park Defendants
Suite 1700
333 South Seventh Street
Minneapolis, MN 55402
(612) 373-0830

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That all alleged claims by Cordell Wiseman and Diane Wiseman against Officer C. Donahue, Officer R. Dahl, Officer J. Blasingame, and Officer Filson, are hereby dismissed with prejudice and on their merits and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 9th day of March, 2001.

BY THE COURT:

Judge of District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ______________________________, one of the Judges of this Court, this ___ day of ________________, 2001.

BY THE COURT:

______________________________
Clerk of District Court